◼ In the Matter of DORCAS CANCEL, Appellant, v DEAN SANTIAGO, Respondent. [712 NYS2d 396] —In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Suffolk County (Willen, J.H.O.), entered June 3, 1997, which, after a hearing, granted custody of the children to the father.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the mother's contention, there was a sound and substantial basis for the court's determination (*see, Matter of Lobo v Muttee,* 196 AD2d 585, 587; *Matter of Krebsbach v Gallagher,* 181 AD2d 363; *Gage v Gage,* 167 AD2d 332). Therefore, we decline to substitute our discretion for that of the Family Court. S. Miller, J. P., Altman, H. Miller and Schmidt, JJ., concur.

◼ In the Matter of CLARA C., Appellant, v WILLIAM L., Respondent. [716 NYS2d 573] —Appeals by the petitioner and the Law Guardian for the child from an order of the Family Court, Kings County (Turbow, J.), dated March 31, 1999.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Turbow at the Family Court. Mangano, P. J., O'Brien, Sullivan and H. Miller, JJ., concur.

◼ In the Matter of CLARA C., Appellant, v WILLIAM L., Respondent. [716 NYS2d 859] —On the Court's own motion, it is

Ordered that the appellants are granted leave to appeal to the Court of Appeals from the decision and order of this Court, dated July 31, 2000 [274 AD2d 583 decided herewith], which affirmed an order of the Family Court, Kings County, dated March 31, 1999, and the following question is certified to the Court of Appeals: Was the decision and order of this Court properly made?

Questions of law have arisen, which, in our opinion, ought to be reviewed by the Court of Appeals (*see,* CPLR 5713). Mangano, P. J., O'Brien, Sullivan and H. Miller, JJ., concur.